UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. IVANNE VAZQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, et al.,<br><br>Defendants. | Case No. 13-cv-03789-JST<br><br>**ORDER VACATING MOTION HEARING** |

Before the Court are two motions to dismiss filed by Defendants California Reconveyance, Inc. and Select Portfolio Servicing. ECF Nos. 27, 29. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motions suitable for disposition without oral argument. The hearings currently scheduled for December 19, 2013 are hereby VACATED.

**IT IS SO ORDERED**.

Dated: December 10, 2013



JON S. TIGAR
United States District Judge