United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 R. IVANNE VAZQUEZ,

Case No. 13-cv-03789-JST

Plaintiff,
8
9 v.

**ORDER VACATING MOTION HEARING**

SELECT PORTFOLIO SERVICING, et al.,
10
Defendants.
11
12    Before the Court are two motions to dismiss filed by Defendants California Reconveyance,
13 Inc. and Select Portfolio Servicing. ECF Nos. 27, 29. Pursuant to Federal Rule of Civil Procedure
14 78(b) and Civil Local Rule 7-1(b), the Court finds the motions suitable for disposition without oral
15 argument. The hearings currently scheduled for December 19, 2013 are hereby VACATED.
16    **IT IS SO ORDERED**.
17 Dated:  December 10, 2013



18 _____
19 JON S. TIGAR
United States District Judge
20
21
22
23
24
25
26
27
28