UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. IVANNE VAZQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, et al.,<br><br>　　　　Defendants. | Case No.   13-cv-03789-JST<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On January 13, 2014, this Court dismissed Plaintiff's Complaint, ECF No. 1, with leave to amend. Order, ECF No. 49. The Court Ordered Plaintiff to "either (1) file an amended complaint consistent with the terms of this Order or (2) file a notice of submission to the Court's Order, which will result in a final dismissal with prejudice," by no later than February 12, 2014. Order at 6. The Court noted that "[f]ailure to comply with this paragraph will constitute a violation of the Court's Order, which may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b)." Id.

Plaintiff has not filed either an amended complaint or a notice of submission to the Court's Order of dismissal, and the deadline to do so has passed.

Accordingly, the Court hereby ORDERS Plaintiff to show cause why the Court should not dismiss this action, or impose other appropriate sanctions, for failure to comply with a Court Order, pursuant to Federal Rule of Civil Procedure 41(b). See Yourish v. California Amplifier, 191 F.3d 983, 986 (9th Cir. 1999).

Plaintiff shall respond to this Order in writing by March 14, 2014, by either (1) filing an amended complaint or (2) demonstrating good cause for Plaintiff's failure to file an amended

/ / /

/ / /

1  complaint.  Failure to respond to this Order shall constitute an additional ground for the imposition

2  of appropriate sanctions, including involuntary dismissal with prejudice.

3  **IT IS SO ORDERED.**

4  Dated: February 21, 2014



JON S. TIGAR
United States District Judge