UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. IVANNE VAZQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, et al.,<br><br>    Defendants. | Case No.  13-cv-03789-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF Nos. 59, 60, 62, 63 |

Before the Court are Defendants' motion to dismiss.  ECF Nos. 59, 60.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for May 8, 2014, is hereby VACATED.

The Clerk shall terminate Defendants' motions to appear by telephone at the hearing on the motions to dismiss as moot.  ECF Nos. 62, 63.

**IT IS SO ORDERED**.

Dated:  April 10, 2014

_____
JON S. TIGAR
United States District Judge